UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 08-22881-CIV-KING/DUBE

CHARLES C. STROMAN,

      Plaintiff,

vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

      Defendant.

_____/

## FINAL JUDGMENT

Pursuant to Federal Rule Civil Procedure 58, and in accordance with the

reasoning stated in the Court's Order Granting Plaintiff's Motion for Summary Judgment,

Denying Defendant's Motion for Summary Judgment, and Remanding to the Commissioner, it is

**ORDERED, ADJUDGED and DECREED** that:

1.      Final judgment is entered in favor of Plaintiff Charles C. Stroman, and against

      Defendant Michael J. Astrue, Commissioner of Social Security.

2.      This Court retains jurisdiction for an adjudication of fees and costs.

**DONE and ORDERED** in chambers at the James Lawrence King Federal Justice

Building and United State Courthouse, Miami, Florida, this 4th day of November, 2009.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

Copies furnished to:

**Magistrate Judge Robert L. Dube**

***Counsel for Plaintiff***

Elizabeth R. Read
Suite 410
1110 Brickell Avenue
Miami, FL 33131-3199
305-374-5699
Fax: 374-4886
Email: erread@bellsouth.net
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

***Counsel for Defendants***

June C. Acton
United States Attorney's Office
99 NE 4 Street
Miami, FL 33132
Email: june.acton@usdoj.gov
LEAD ATTORNEY
ATTORNEY TO BE NOTICED