**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

CASE NO.  08-22881-CV-KING/DUBE

CHARLES C. STROMAN,

      Plaintiff,

vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

      Defendant.
_____/

## ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND COSTS

THIS CAUSE comes before the Court upon magistrate Judge Robert L. Dube's Report and Recommendation, recommending that Plaintiff's Motion for Attorney's Fees and Costs (DE #27) be **GRANTED in part.** Neither party filed Objections, and the time to do so has expired. After careful consideration and a *de novo* review of the record, the Court determines that Judge Dube's Report contains well-reasoned recommendations.   Accordingly,      after      careful consideration and the Court being otherwise fully advised, it is **ORDERED, ADJUDGED,** and **DECREED** that:

    1.    Magistrate Judge Robert L. Dube's Report and Recommendation (DE #35) is hereby **AFFIRMED AND ADOPTED** as an Order of this Court.

    2.    Plaintiff's Motion for Attorney's Fees and Costs (DE #27) is hereby **GRANTED in part.**  Plaintiff is hereby awarded **$8,001.95** in attorney's fees and costs.

**DONE AND ORDERED** in Chambers, at Miami, Miami-Dade County, Florida, this

11th day of March, 2010.

_JAMES LAWRENCE KING_
UNITED STATES DISTRICT JUDGE

**Cc:**
**Magistrate Judge Robert L. Dube**

**Counsel for Plaintiff**
Elizabeth R. Read
Suite 410
1110 Brickell Avenue
Miami, FL 33131-3199
305-374-5699
Fax: 374-4886
Email: erread@bellsouth.net
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

**Counsel for Defendant**
June C. Acton
United States Attorney's Office
99 NE 4 Street
Miami, FL 33132
Email: june.acton@usdoj.gov
LEAD ATTORNEY
ATTORNEY TO BE NOTICED